# United States Court of Appeals
## For the First Circuit

DOCKETING STATEMENT

No. 15-1499          **Short Title:** MacRae v. Gerry

**Type of Action**

- [✓] Civil
- [✓] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from March 26, 2015
   2. Date this notice of appeal filed April 21, 2015
      If cross appeal, date first notice of appeal filed
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)
   4. Date of entry of order deciding above post-judgment motion
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)
      Time extended to

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [✓] Yes [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes [✓] No
         If yes, explain
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes [✓] No
         If yes, explain

C. Has this case previously been appealed? [ ] Yes [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party State of New Hampshire -- New Hampshire Attorney General
      Attorney Elizabeth C. Woodcock
      Address Criminal Justice Bureau, 33 Capitol Street, Concord, New Hampshire 03301
      Telephone 603.271.8478

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Gordon MacRae #67546
      Address New Hampshire State Prison, P.O. Box 14, Concord, New Hampshire 03302
      Telephone

      Attorney's name Robert Rosenthal
      Firm Robert Rosenthal, Counselor at Law
      Address 43 West 43rd Street, Ste. 58, New York, New York 10038
      Telephone 212.353.3752

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  Robert Rosenthal
Date  May 11, 2015