# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 15-1499     Short Title: MacRae v. Gerry

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Gordon MacRae _____ as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[✓] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

Robert Rosenthal *(signature)*          May 11, 2015
Signature                                Date

Robert Rosenthal
Name

_____                  212.353.3753
Firm Name (if applicable)                Telephone Number

43 West 43rd Street, Ste. 58             _____
Address                                  Fax Number

New York, New York 10036                 robert@robertrosenthal.com
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 86141

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).