# United States Court of Appeals
## For the First Circuit

No. 15-1499

GORDON J. MACRAE

Petitioner - Appellant

v.

RICHARD M. GERRY, Warden, New Hampshire State Prison

Respondent - Appellee

**ORDER OF COURT**

Entered: May 28, 2015
Pursuant to 1st Cir. R. 27.0(d)


This court has docketed petitioner-appellant's appeal from the denial of his petition for writ of habeas corpus under 28 U.S.C. § 2254. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. § 2253. The district court declined to issue a certificate of appealability on March 25, 2015.

Petitioner-appellant is ordered to file a memorandum requesting issuance of a certificate of appealability in this court by June 29, 2015. The memorandum should set forth specific facts, reasons, and issues supporting the issuance of a certificate. See 1st Cir. R. 22.0(b). See also 28 U.S.C. § 2253(c)(2) (in order for a certificate to be granted, applicant must make substantial showing of the denial of a constitutional right). After June 29, 2015, whether or not petitioner-appellant has filed a memorandum, the case will be submitted to the court for a determination as to whether a certificate should issue. If a certificate is denied, the appeal will be terminated.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Cathy J. Green
Robert Rosenthal
Elizabeth Christian Woodcock