# United States Court of Appeals
## For the First Circuit

No. 15-1499

GORDON J. MACRAE

Petitioner - Appellant

v.

RICHARD M. GERRY, Warden, New Hampshire State Prison

Respondent - Appellee

**MANDATE**

Entered: May 11, 2016

In accordance with the judgment of April 19, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Cathy J. Green
Robert Rosenthal
Elizabeth Christian Woodcock